IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DAVID TOLAR                                                                                     PLAINTIFF

VS.                                                  CIVIL ACTION NO. 3:08cv645-JCS

KENTRELL LIDELL, et al.                                                DEFENDANTS

## FINAL JUDGMENT

In accordance with this court's opinion and order, judgment is entered in favor of Defendants, and Plaintiff's claims are hereby dismissed as frivolous pursuant to 28 U.S.C. § 1917(e)(2)(B)(i).

SO ORDERED AND ADJUDGED, this the 29th day of June, 2009.

                                                                  /s/ James C. Sumner
                                                                  UNITED STATES MAGISTRATE JUDGE